AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

ALLISON COLLIER

**SUMMONS IN A CIVIL ACTION**

V.

UNIVERSAL FIDELITY LP

CASE NUMBER: 2:07cv922-MHT

TO: (Name and address of Defendant)

> UNIVERSAL FIDELITY LP
> C/O THE CORPORATION COMPANY
> 2000 INTERSTATE PARK DRIVE, SUITE 204
> MONTGOMERY, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> KEITH ANDERSON NELMS
> 847 SO. MCDONOUGH STREET, SUITE 100
> MONTGOMERY, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                         October 15, 2007

CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   CERTIFIED MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              Signature of Server

_____
Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .41 | 2:07cv922 |
| Certified Fee | 2.40 | 10-15-07 |
| Return Reciept Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | 3.50 | |
| Total Postage & Fees | $ 8.16 | |

Sent To: Universal Fidelity LP
Street, Apt. No or PO Box No: c/o The Corporation Company
                               2000 Interstate Park Drive Suite 204
City, State, ZIP: Montgomery, Alabama 36109

PS Form 3800

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.