~ Collier

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>The Corporation Company  10/16/07 |
| 1. Article Addressed to:  Cmp/sms 20 dys<br>2:07cv922-MHT<br>.ıllll..ı.l.ı....lll<br>al Fidelity LP<br>Corporation Company<br>:terstate Park Drive Suite 204<br>mery, Alabama 36109 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 0500 0000 1377 7327 |

PS Form 3811, February 2004       Domestic Return Receipt        102595-02-M-1540