AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

    Middle    District of    Alabama

Allison Collier

**SUMMONS IN A CIVIL ACTION**

V.

Universal Fidelity, LP, et al.

CASE NUMBER:   07-00922

TO: (Name and address of Defendant)

    HSBC Bank Nevada, N.A.
    1111 North Town Center Drive
    Las Vegas, NV 89144

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Keith Anderson Nelms
    847 South McDonough Street, Suite 100
    Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*            *February 28, 2008*
CLERK                         DATE

*[signature]*
BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   Certified Mail

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                          *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CERTIFIED MAIL**



7003 3110 0003 7316 7457

United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

HSBC Bank Nevada, N.A.
Charter Number 22675
1111 North Town Center Drive
Las Vegas, NV 89144

---

Comer

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the ~~mail~~

HSBC Bank Nevada, N.A.
Charter Number 22675
1111 North Town Center Drive
Las Vegas, NV 89144

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

dress different from item 1?  ☐ Yes
delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail