— Courier

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X [signature] B-11  ☐ Agent  ☐ Addressee<br>B. (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>National Asset Recovery, Inc.<br>c/o Lexis Document Service, Inc.<br>150 S. Perry Street<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>MAR 0 3 2008 |
| 2:07cv922 (Cmp\amOcmp\sms) | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☑ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0003 7316 7440 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540