Conner

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

HSBC Bank Nevada, N.A.
Charter Number 22675
1111 North Town Center Drive
Las Vegas, NV 89144

2:07cv922 Cnptamocup Sms

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _(signed)_ Hickey            3/3

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number
(Transfer from service label)    7003 3110 0003 7316 7457

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540