# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALLISON COLLIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv922-MHT |
| | ) | |
| UNIVERSAL FIDELITY LP, | ) | |
| a foreign limited | ) | |
| partnership; HSBC BANK | ) | |
| NEVADA, N.A., a foreign | ) | |
| company; and NATIONAL | ) | |
| ASSET RECOVERY, INC., a | ) | |
| foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the motion to extend time to answer (Doc. No. 11) is granted.

DONE, this the 25th day of March, 2008.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE