## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALLISON COLLIER, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | )   CASE NO:  07-00922 |
| | ) |
| UNIVERSAL FIDELITY, LP, ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

### CORPORATE DISCLOSURE STATEMENT

COMES Now the defendant, National Asset Recovery, Inc., and in compliance with Federal Rule of Civil Procedure 7.1 and makes the following disclosure statement: :

1.   There is no parent corporation or publicly held corporation owning ten percent or more of the stock of the defendant.

Respectfully Submitted,

 /s/ Neal D. Moore, III
Neal D. Moore, III, Attorney for Palisades Collection, LLC

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama  35243
(205)879-8722

{W0200290.1 }

**CERTIFICATE OF SERVICE**

  This is to certify that on this the 7th day of April, 2008, a copy of the foregoing document has been electronically filed and served on counsel electronically via e-file:

Keith Anderson Nelms
847 South McDonough Street, Suite 100
Montgomery, Alabama  36104

VIA U.S. Mail:

Universal Fidelity LP
C/O:  The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

HSBC Bank Nevada, N.A.
Charter Number 22675
1111 North Town Center Drive
Las Vegas, Nevada  89144

           /s/ Neal D. Moore, III
           OF COUNSEL