IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

ALLISON COLLIER, )
)
Plaintiff, )
)
v. ) CASE NO. <u>2:07-CV-922-MHT-CSC</u>
)
UNIVERSAL FIDELITY LP, et al, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Allison Collier</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                      <u>Relationship to Party</u>

_____              _____
_____              _____
_____              _____

<u>4/8/2008</u>                              <u>/s/ K. ANDERSON NELMS</u>
Date                                    (Signature)

                                        K. Anderson Nelms
                                        (Counsel's Name)

                                        Allison Collier
                                        Counsel for (print names of all parties)
                                        _____
                                        Address, City, State Zip Code
                                        _____
                                        Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, K. Anderson Nelms, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 8th day of April 20 08, to:

Neal D. Moore, III

FERGUSON, FROST & DODSON, LLP

2500 Acton Road, Suite 200

Birmingham, AL 35243

4/8/2008
**Date**

/s/ K. Anderson Nelms
**Signature**