IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALLISON COLLIER,              )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )     2:07cv922-MHT
                              )
UNIVERSAL FIDELITY LP,        )
a foreign limited             )
partnership; HSBC BANK        )
NEVADA, N.A., a foreign       )
company; and NATIONAL         )
ASSET RECOVERY, INC., a       )
foreign corporation,          )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that defendant HSBC Bank Nevada, N.A.'s motion to permit filing out of time and alternative motion to extend time (Doc. No. 22) are granted.

DONE, this the 27th day of May, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE