IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALLISON COLLIER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv922-MHT |
| | ) | |
| UNIVERSAL FIDELITY LP, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion for additional extension of time (doc. no. 24) is granted.

DONE, this the 28th day of May, 2008.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE