IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ALLISON COLLIER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) **CIVIL ACTION NO.** ) **2:07-cv-00922-MHT-CSC** |
| **UNIVERSAL FIDELITY LP, et al.,** | ) ) |
| **Defendants.** | ) ) |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** HSBC Bank Nevada, N.A. ("HSBC"), a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent, companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

1. HSBC North America Holdings Inc.

2. HSBC Investments (North America) Inc.

3. HSBC Finance Corporation.

1670471 v1

        Respectfully submitted,


        s/R. Frank Springfield
        John R. Chiles (CHI006)
        R. Frank Springfield (SPR024)

        Attorneys for Defendant
        HSBC BANK NEVADA, N.A.


**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email:  jchiles@burr.com
       fspringf@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 5th day of June, 2008:

Keith Anderson Nelms
Anderson Nelms & Associates, LLC
847 South McDonough Street, Suite 100
Montgomery, Alabama  36104
EMAIL:  andynelms@andersonnelms.com

Neil Dewitt Moore, III
Ferguson Frost & Dodson, LLP
2500 Acton Road
Suite 200
Birmingham, AL  35243
EMAIL:  ndm@ffdlaw.com

s/R. Frank Springfield
Of Counsel
