IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALLISON COLLIER,                )<br>                                 )<br>    Plaintiff,                  )<br>                                 )    CIVIL ACTION NO.<br>    v.                           )      2:07cv922-MHT<br>                                 )          (WO)<br>NATIONAL ASSET RECOVERY,         )<br>INC.,                            )<br>                                 )<br>    Defendant.                   ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the pro tanto motion to dismiss (doc. no. 29) is granted and that defendant National Asset Recovery, Inc. is dismissed with prejudice, with costs taxed as paid and while preserving the right of plaintiff to pursue all other claims against any other party or person.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of July, 2008.

                          /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE