IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALLISON COLLIER,                )<br>                                 )<br>    Plaintiff,                  )<br>                                 )     CIVIL ACTION NO.<br>    v.                           )       2:07cv922-MHT<br>                                 )            (WO)<br>UNIVERSAL FIDELITY LP,           )<br>a foreign limited                )<br>partnership,                     )<br>                                 )<br>    Defendant.                   ) | |

## JUDGMENT

Pursuant to the notice of dismissal (Doc. No. 32), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Universal Fidelity LP, a foreign limited partnership, is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of September, 2008.

            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE