IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALLISON COLLIER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>HSBC BANK NEVADA, N.A., )<br>a foreign company, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:07cv922-MHT<br>(WO) |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 33), it is the ORDER, JUDGMENT, and DECREE of the court that defendant HSBC Bank Nevada, N.A., a foreign company, is dismissed with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is now over and can be closed.

DONE, this the 26th day of September, 2008.

                    /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE